UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY LOUIS SIMS,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>KIMBERLY SEIBEL, Warden,<br><br>　　　　　　Respondent. | Case No. 2:19-cv-00313-PA (AFM)<br><br>**JUDGMENT** |

This matter came before the Court on the Petition of RODNEY LOUIS SIMS, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: June 17, 2019

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　PERCY ANDERSON
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE